UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SARA D. EVENHUS,　　　　　　　　　　　　　　　Civil No. 10-6322-HA

　　　　Plaintiff,　　　　　　　　　　　　　　　　　JUDGMENT

　　v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

　　　　Defendant.

HAGGERTY, District Judge:

　　Based upon the record, IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is based upon the correct legal standards and is supported by substantial evidence in the record. The final decision of the Commissioner denying plaintiff Sara D. Evenhus' application for benefits is AFFIRMED.

　　IT IS SO ORDERED.

　　DATED this 26th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Ancer L. Haggerty
　　　　　　　　　　　　　　　　　　　　　　　　Ancer L. Haggerty
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT- 1